IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 2:25-mj-81 |
| | ) | |
| v. | ) | |
| | ) | |
| John Lewis Cottrell III | ) | |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Task Force Officer ("TFO") Brittany Harvill, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I am a police officer with the Charleston Police Department (CPD) and have been since September 2009. I have been assigned to the Internet Crimes Against Children (ICAC) Task Force through the South Carolina Office of the Attorney General since January 2018. I have been a Task Force Officer with the Department of Homeland Security Investigations ("HSI") in Charleston, South Carolina, since April 2023, where I am currently assigned to the HSI Trafficking and Exploitation Group. I have received training in the areas of child pornography, child sexual abuse, and online sexual exploitation. I have experience in observing and reviewing numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media. As such, I have participated in investigations in which perpetrators have used computers, various electronic devices, and mobile applications to commit violations involving the sexual exploitation of children. I have also participated in a plethora of search warrants that involved child sexual exploitation and/or child pornography offenses. These investigations have led to arrests and convictions for violations of both state and federal codes. Subsequently, I know that it is a violation of federal law for a person to knowingly employ, use, persuade, induce, entice, or coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, as well as a violation for a person to knowingly receive or distribute visual depictions of minors engaged in sexually explicit conduct.

2. This affidavit is submitted in support of a criminal complaint against John Lewis **Cottrell** III ▬▬▬▬▬▬▬ for violations of Title 18, United States Code, Sections 2251 and 2252. As it is being

1

submitted for the limited purpose of securing a Criminal Complaint and Arrest Warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts I believe necessary to establish probable cause to issue the requested Arrest Warrant.

### TARGET OFFENSES

3. I respectfully submit there is probable cause to believe **COTTRELL** violated (1) 18 U.S.C. § 2251 - Sexual Exploitation of Children / Production of Child Pornography; and (2) 18 U.S.C. § 2252A(a)(5)(B) - Possession of Child Pornography in the District of South Carolina.

4. Based on my training and experience, I know that § 2251 is violated when the following elements are satisfied:

- First, that the defendant did one of the following:
  - Employed, used, persuaded, induced, enticed, or coerced any minor to engage in any sexually explicit conduct;
  - Had a minor assist any other person to engage in sexually explicit conduct;
  - Transported any minor in interstate or foreign commerce, or in any territory or possession of the United States, with the intent that such minor engage in sexually explicit conduct;
- Second, that the defendant did so for the purpose of either producing any visual depiction of such sexually explicit conduct or transmitting a live visual depiction of such sexually explicit conduct; and
- Third, one of the following:
  - Defendant knew or had reason to know that such visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, or mailed;
  - That the visual depiction was produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer; or
  - That the visual depiction had actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed

5. Based on my training and experience, I know that § 2252A(a)(5)(B) is violated when the following elements are satisfied:

- First, that the defendant possessed or accessed with the intent to view, any book, magazine, periodical, film, videotape, computer disk, or any other material that contained an image or child pornography;
- Second, that had been mail, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or was produced using materials that had been mailed, or shipped or transported in or affecting interstate or foreign commerce by any means, including by computer; and
- Third, that the defendant acted knowingly

6. "Child Pornography" (as defined in 18 U.S.C. § 2256(8)) is any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where (a) the production of the visual depiction involved the use of am inor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable form, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct.

7. "Computer" is defined as "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device" and includes smartphones, other mobile phones, and other mobile device. *See* 18 U.S.C. § 1030(e)(1).

## PROBABLE CAUSE

8. On May 12, 2025, the Lexington County Sheriff's Office received a CyberTipline report (CT#: 207363231) from the National Center for Missing and Exploited Children (NCMEC) through the South Carolina Office of the Attorney General (SCAG) ICAC section. NCMEC received the initial report from Dropbox after discovering alleged criminal activity on its servers on or about March 6, 2025. The reporting person indicated to NCMEC that a Dropbox user with screen/user name "John Cottrell" and verified email address ▇▇▇▇▇▇▇▇▇▇▇▇ uploaded one file that was believed to contain child sexual abuse materials.

9. Detective Sherban with Lexington County Sheriff's Office submitted search warrants to both Google and Dropbox for the contents of the aforementioned accounts, where he located several "selfie"

3

styled images of a white male. He further located a customer on the South Carolina Department of Motor Vehicles (DMV) database by the name of John Lewis **COTTRELL** III, whose DMV photograph depicted an individual who was similar in appearance to the individual depicted in the "selfies". The DMV also listed an address for **COTTRELL** of ▮. This address is in the jurisdiction of the Charleston Police Department. As such, Detective Sherban requested that the CyberTip be reassigned.

10. On August 18, 2025, I reviewed the information provided in the CyberTip, which included the reported file:

- *2018-05-10 15.20.24.mp4* was a video file that was approximately one minute and five seconds in length and depicted a minor female who undressed in front of the camera, fondled her nude breasts, sat down, and masturbated. The juvenile female's vaginal area and buttocks were also exposed and prominently displayed.

11. I conducted open-source searches during which I located several social media pages and communication applications that appeared to belong to **COTTRELL**. The publicly viewable information indicated that **COTTRELL** was a graduate of the Citadel, previously employed as an Engineer for the Lexington County Fire Department, and that he was currently employed by the James Island PSD Fire Department.

12. I reviewed the information that was provided by Google, which included a plethora of IP Addresses that were associated with account activity on varying dates and times, all of which resolved back to the net range of Comcast Cable Communications. Additionally, Google provided a phone number ▮ that was associated with the account.

13. On August 22, 2025, I submitted subpoenas to Comcast Cable Communications requesting subscriber information for four of the IP Addresses. Three IP Addresses were assigned to:

- **Name: John COTTRELL**
- **Address:** ▮
- **Phone Number:** ▮

14. The fourth IP Address was assigned to:

- **Fire Station Seven at** ▮

15. Also on August 22, 2025, I submitted a subpoena to AT&T Legal Demands Center requesting subscriber information for the phone number ▮, and received the following information:

- **Name: John L COTTRELL**

4

- **Account Active: 03/01/2019 – Current**
- **Email:**

16. CPD conducted surveillance on several occasions and located **COTTRELL** at his residence, after which I prepared a search warrant for ▇▇▇. On October 2, 2025, I met with the Honorable Judge Summey of the Charleston County Magistrate's Court, and obtained a residential search warrant for the aforementioned address.

17. On October 3, 2025, the Charleston Police Department, Homeland Security Investigations, and several ICAC Task Force affiliates executed the search warrant, and forensic previews were conducted upon several electronic devices. During the previews, investigators observed numerous files that depicted child sexual abuse materials and child pornography. Also located were a plethora of video files that depicted two separate minor females on several different occasions. The videos depicted the minor females while using the restroom, undressing, and showering within a bathroom that appeared to be the guest bathroom in **COTTRELL's** residence. During the course of the videos, the minor females' nude buttocks, breasts, and vaginal areas were visible and constituted child pornography. It did not appear as if the minor females had knowledge that they were being recorded. Investigators subsequently located and seized several devices that appeared to be hidden cameras in the bathroom.

18. **COTTRELL** was subsequently taken into state custody by the Charleston Police Department and charged with ten counts of Sexual Exploitation of a Minor 1st Degree. He remains in state custody as of this date.

19. I was able to review **COTTRELL's** electronic devices and have identified videos of multiple minor victims that were produced using hidden cameras. **COTTRELL** was seen on these hidden cameras, installing them in at least two addresses, both of which are located within the District of South Carolina. Investigators were able to positively identify three minor victims (MINOR VICTIM 1/MV1, MINOR VICTIM 2/MV2, and MINOR VICTIM 3/MV3). MV1 and MV2 have been forensically interviewed and confirmed their presence at the addresses where hidden cameras were identified. These addresses are residences located in the District of South Carolina. MV1 and MV2 were unaware that the videos were being taken of them.

## CONCLUSION

20. Based on the information set forth in this Affidavit, I respectfully submit that there is probable cause to believe that John Lewis COTTRELL III did on or about July 2025 through October 2025, violate (1) 18 U.S.C. § 2251 – Sexual Exploitation of Children / Production of Child Pornography; and (2) 18 U.S.C. § 2252A(a)(5)(B) – Possession of Child Pornography in the District of South Carolina.

21. In consideration of the foregoing, I respectfully request that this Court issue a Criminal Complaint and Arrest Warrant for John Lewis COTTRELL III.

22. This Affidavit has been reviewed by AUSA Katherine Orville.

Respectfully submitted,

*B. Harvill*

Brittany Harvill
Task Force Officer
Homeland Security Investigations

SWORN TO ME VIA TELEPHONE OR
OTHER RELIABLE ELECTRONIC MEANS
AND SIGNED BY ME PURSUANT TO
FED. R. CRIM. P. 4.1 AND 4(d) OR 41(d)(3),
AS APPLICABLE

Subscribed and sworn before me on
December 11, 2025

*Mary Gordon Baker*

The Honorable Mary Gordon Baker
United States Magistrate Judge

6

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

United States of America
v.
John Lewis Cottrell III

*Defendant*

Case No. 2:25-mj-81

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* John Lewis Cottrell III,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
See Attached Affidavit

Date: 12/11/2025

*Issuing officer's signature* — /s/ Mary Gordon Baker

City and state: Charleston, South Carolina

Mary Gordon Baker, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*